

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Matador Production Company, Appellant

No. 06-14-00015-CV      v.

Weatherford Artificial Lift Systems, Inc.,
Appellee

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 07-
0808).    Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Carter participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee, Weatherford Artificial Lift Systems, Inc., pay all costs of this appeal.

RENDERED NOVEMBER 18, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk